# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ECO-LOGIC, INC., a California corporation, and DAVID A. MORALEZ, an individual,<br><br>Defendants. | CASE NO.:  CV12-6610-GAF (AJWx)<br><br>ASSIGNED TO THE HONORABLE GARY A. FEESS<br><br>**JUDGMENT** |

Pursuant to the Court's November 16, 2012 order, IT IS ORDERED, ADJUDGED, AND DECREED that default judgment shall be entered in favor of plaintiffs, the Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the Southern California Pipe Trades

1  Pensioners and Surviving Spouses Health Fund, Trustees of the Plumbers and
2  Pipefitters National Pension Fund, and Trustees of the International Training Fund, and
3  against defendants Eco-Logic, Inc., a California corporation, and David A. Moralez, an
4  individual, in the principal amount of $25,286.58, plus post-judgment interest as
5  provided by law from the date of entry of the judgment herein.

7  Dated: November 20, 2012               _____
8                                         UNITED STATES DISTRICT JUDGE

[Second Amended Proposed] Judgment.doc